A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Feb 24, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: s/R. Bradway
Deputy Clerk

UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Feb 06, 2009

FILED
CLERK'S OFFICE

IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION     MDL No. 1953

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On June 6, 2008, the Panel transferred two civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 559 F.Supp.2d 1403 (J.P.M.L. 2008). Since that time, 30 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable James G. Carr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Carr.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 6, 2008, and, with the consent of that court, assigned to the Honorable James G. Carr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Feb 24, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION     MDL No. 1953

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  09-225     The Estate of Kellye Green, et al. v. Baxter Healthcare Corp., et al.

CALIFORNIA NORTHERN
  CAN  3  09-259     Gloria Campos v. Baxter Healthcare Corp., et al.

LOUISIANA EASTERN
  LAE  2  09-148     Wesley Shief v. Baxter Healthcare Corp., et al.

MARYLAND
  ~~MD  8  09-100~~     ~~The Charter Oak Fire Insurance Co., et al. v. American Capital, Ltd., et al.~~  Opposed 2/20/09